**Motion Granted; Order filed February 23, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00067-CV

_____

### OCCIDENTAL ENERGY MARKETING, INC., Appellant

### V.

### WEST TEXAS LPG PIPELINE L.P., Appellee

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2014-73375**

## ORDER

The parties filed a joint motion to include in camera documents in the clerk's record in this appeal. According to the motion, the trial court entered a stipulated protective order that permitted the parties to designate certain materials as confidential. These documents were required to be filed electronically with the confidential portions redacted. The parties request that this court permit the parties to submit unredacted copies of these documents to the clerk of the court for inclusion in the appellate record. The motion is granted.

The parties are directed to make an electronic record of the unredacted documents on a compact disc and label the disc with this court's cause number and the notation that the documents are to be included in the clerk's record as in camera documents. The parties are directed to hand-deliver the compact disc to this court for inclusion in the record. The clerk of this court will maintain the disc for review by the court in camera.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Wise.